AO 106 (Rev. 01/09) Application for a Search Warrant

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 27 2015

MATTHEW J. DYKMAN
CLERK

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
Residential property and premises located at 525 Chelwood Park Blvd NE, Albuquerque, NM, 87123, as more fully described in Attachment A.

Case No. 15mr461

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ______ District of New Mexico *(identify the person or describe property to be searched and give its location)*: Residential property and premises located at 525 Chelwood Park Blvd NE, Albuquerque, NM, consists of of a single story red brick home, single family dwelling with a tall white fence, in a residential area. The number "525" is listed horizontally on the front of the residence, near the driveway.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*: Evidence of, or contraband, fruits of, or other items related to the offense of 18 U.S.C. 2252, Distribution, Receipt, and Possession of visual depictions of minors engaged in sexually explicit conduct, as described in Attachment B incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of 18 U.S.C. § 2252, and the application is based on these facts: See attached Affidavit, incorporated herein by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: ________ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

[signature]
*Applicant's signature*

Christina Altamirano, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/27/2015

[signature: William P. Lynch]
*Judge's signature*

City and state: Albuquerque, NM

Honorable William P. Lynch, U.S. Magistrate Judge
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

IN THE MATTER OF THE SEARCH OF
The residential property and premises located at 525 Chelwood Park Blvd NE, Albuquerque, NM, 87123
Described in Attachment A
Incorporated herein by reference

**AFFIDAVIT OF SPECIAL AGENT CHRISTINA ALTAMIRANO**

I, Christina Altamirano, being duly sworn, hereby declare and state as follows:

Your Affiant is a Special Agent with the Department of Homeland Security, Homeland Security Investigations, hereafter referred to as HSI, and has been employed by HSI as such since October 2009. Your Affiant is currently assigned to the Assistant Special Agent in Charge, Albuquerque, NM, where your Affiant is assigned to investigate individuals involved in the exploitation of minors including violations of 18 U.S.C. §§ 2252, which makes it a crime to distribute and attempt to distribute child pornography. Your Affiant has worked many child pornography and child exploitation investigations and has been trained in the investigation of computer related child exploitation and child pornography cases by the Department of Homeland Security and the Internet Crimes Against Children Task Force. Your Affiant has successfully completed the Internet Crimes Against Children Undercover Chat Investigations. During the investigation of these cases, your Affiant has executed, or participated in the execution of, numerous search warrants and seized evidence of these violations.

Your Affiant successfully completed twelve weeks of Criminal Investigator Training at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. In addition, your Affiant completed twelve weeks of Special Agent Training with Immigration and Customs Enforcement, also at FLETC. Your Affiant holds a Bachelor's Degree in Accounting from New Mexico State University and a Master's Degree in Human Resource Management from Webster University.

This affidavit is made in support of an application for a warrant to search the residential property and premises located at 525 Chelwood Park Blvd NE, Albuquerque, NM, 87123, as described in Attachment A, incorporated herein by reference, and to search for, seize and examine items, as more particularly described in Attachment B, incorporated herein by reference.

This affidavit is based upon information your Affiant has gained through investigation, training and experience, as well as information from other law enforcement officers, whom your Affiant believes to be reliable. Since this affidavit is being submitted for the limited purpose of securing a search warrant, your Affiant has not included each and every fact known to her concerning this investigation. Your Affiant has set forth only the facts that she believes are necessary to establish probable cause to believe instrumentalities, fruits, and evidence of a

violation of 18 U.S.C. §§ 2252 are located at the residential property and premises 525 Chelwood Park Blvd NE, Albuquerque, NM, 87123, as more particularly described in Attachment A, incorporated herein by reference, and to search for, seize and examine items, as more particularly described in Attachment B, incorporated herein by reference.

## I. BACKGROUND AND SUMMARY OF INVESTIGATION

The Internet is a worldwide network of computer systems operated by governmental entities, corporations, and universities. In order to access the Internet, an individual computer user must subscribe to an access provider, which operates a host computer system with direct access to the Internet. The World Wide Web (www) is a functionality of the Internet, which allows users of the Internet to share information.

A growing phenomenon on the Internet is Peer-To-Peer (P2P) file sharing. P2P file sharing programs are a standard way to transfer files from one computer system to another while connected to a network, usually the Internet. P2P file sharing programs allow groups of computers using the same file sharing network and protocols to connect directly to each other to share files. There are several P2P networks currently operating, these include the "BitTorrent" network.

Your Affiant knows from training and experience that P2P file sharing networks, including the BitTorrent network, are frequently used to trade digital files of child pornography. These files, of child pornography, include both image and movie files.

Many P2P file sharing networks are designed to allow users to download files and frequently provide enhanced capabilities to reward the sharing of files by providing reduced wait periods, higher user ratings, or other benefits. In some instances, users are not allowed to download files if they are not sharing files. Typically, settings within these programs control sharing thresholds.

With a computer connected to the Internet, an individual computer user can make electronic contact with millions of computers around the world. This connection can be made by any number of means, including modem, local area network, and wireless.

To access the P2P networks, a user first obtains the P2P software, which can be downloaded from the Internet. This software is used exclusively for the purpose of sharing digital files. When the P2P software is installed on a computer, the user is directed to specify a "shared" folder. All files placed in that user's "shared" folder are available to anyone on the world-wide network for download. Most P2P software gives each user a rating based on the number of files he/she is contributing to the network. This rating affects the user's ability to download files. The more files a user is sharing, the greater his/her ability is to download files. This rating system is intended to encourage users to "share" their files, thus propagating the P2P network. However, a user is not required to share files to utilize the P2P network.

A user obtains files by conducting keyword searches of the P2P network. When a user initially logs onto the P2P network, a list of the files that the user is sharing is transmitted to the network. The P2P software then matches files in these file lists to keyword search requests from

other users. A user looking to download files simply conducts a keyword search. The results of the keyword search are displayed and the user then selects file(s) which he/she wants to download. The download of a file is achieved through a direct connection between the computer requesting the file and the computer(s) hosting the file. Once a file has been downloaded, it is stored in the area previously designated by the user and will remain there until moved or deleted. Most of the P2P software applications keep logs of each download event. Frequently, a computer forensic examiner, using these logs, can determine the Internet Protocol ("IP") address from which a particular file was obtained.

Thus, a person interested in sharing child pornography with others in the P2P network, need only place those files in his/her "shared" folder(s). Those child pornography files are then available to all users of the P2P network for download regardless of their physical location. For instance, a person interested in obtaining child pornography can open the P2P application on his/her computer and conduct a keyword search for files using a common child pornography term such as "preteen sex." The keyword search would return results of files being shared on the P2P network that match the term "preteen sex." The user can then select files from the search results and those files can be downloaded directly from the computer(s) sharing those files.

One of the advantages of P2P file sharing is that multiple files may be downloaded in parallel. This means that the user can download more than one file at a time. In addition, a user may download parts of one file from more than one source computer at a time. For example, a user downloading an image file may actually receive parts of the image from multiple computers. This reduces the time it takes to download the file.

P2P networks can only succeed in reassembling the file from different parts if the parts all come from the same original file. Multiple persons sharing one file can deliver different pieces of that file to the local software and the local software can insure that a complete and exact copy can be made from the parts. Use of the software has confirmed that different copies of the same file can be named differently.

P2P networks use "hash values" to insure that two files are exactly the same. A Hash value is a number that uniquely identifies the contents of a file. The value is generated by, applying a mathematical algorithm to a file, which assesses the contents of the file. There are several types of algorithms that can be applied; SHA1, MD5, and MD4 are common algorithms. A hash value is generated by a software program has "hashes" or "evaluates" the contents of the file and generates the unique number identifying the contents of the file.

Hash values are a very reliable method of authenticating files. If the same mathematical algorithm is applied to two files, two hash values will be generated. If the two hash values match, one can conclude, with a great deal of certainty, that the contents of both files are identical.

Files on the BitTorrent network:

- The BitTorrent network is a very popular and publically available P2P file sharing network. Most computers that are part of this network are referred to as "peers" or

"clients". A peer/client can simultaneously provide files to some peers/clients while downloading files from other peers/clients.

- The BitTorrent network can be accessed by peer/client computers via many different BitTorrent network client (software) programs, examples of which include the BitTorrent client program, uTorrent client program, and Vuze client program, among others. These client programs are publically available and typically free P2P client software programs that can be downloaded from the Internet.

- During the installation of typical BitTorrent network client programs, various settings are established which configure the host computer to share files via automatic uploading. Typically, as users download files or pieces of files from other peers/clients on the BitTorrent network, other users (peers/clients) on the network are able to download the files or pieces of files from them, a process which maximizes the download speeds for all users on the network. Once a user has completed the download of an entire file or files, they can also continue to share the file with individuals on the BitTorrent network who are attempting to download all pieces of the file or files, a process referred to as "seeding".

- Files or sets of files are shared on the BitTorrent network via the use of "Torrents". A "Torrent" is typically a small file that describes the file(s) to be shared. It is important to note that "Torrent" files do not contain the actual file(s) to be shared, but information about the file(s) to be shared needed to accomplish a download. This information includes things such as the name(s) of the file(s) being referenced in the "Torrent" and the "info hash" of the "Torrent". The "info hash" is a SHA-1 hash value of the set of data describing the file(s) referenced in the "Torrent". This set of data includes the SHA-1 hash value of each file piece in the torrent, the file size(s), and the file name(s). The "info hash" of each "Torrent" uniquely identifies the "Torrent" file on the BitTorrent network. The "Torrent" file may also contain information on how to locate file(s) referenced in the "Torrent" by identifying "Trackers". "Trackers" are computers on the BitTorrent network that collate information about the peers/clients that have recently reported they are sharing the file(s) referenced in the "Torrent" file. A "Tracker" is only a pointer to peers/clients on the network who may be sharing part or all of the file(s) referenced in the "Torrent". "Trackers" do not actually have the file(s) but are used to facilitate the finding of other peers/clients that have the entire file(s) or at least a portion of the file(s) available for sharing. It should also be noted that the use of "Tracker(s)" on the BitTorrent network are not always necessary to locate peers/clients that have file(s) being shared from a particular "Torrent" file. There are many publically available servers on the Internet that provide BitTorrent tracker services.

- In order to locate "Torrent" files of interest and download the files that they describe, a typical user will use keyword searches on torrent indexing websites, examples of which include isohhunt.com and the piratebay.org. Torrent indexing websites are essentially search engines that users on the BitTorrent network use to locate "Torrent" files that describe the files they are looking to download. Torrent indexing websites do not actually host the content (files) described by "Torrent" files, only the "Torrent" files

themselves. Once a “Torrent” file is located on the website that meets a user’s keyword search criteria, the user will download the “Torrent” file to their computer. The BitTorrent network client program on the user’s computer will then process that “Torrent” file in order to find “Trackers” or utilize other means that will help facilitate finding other peers/clients on the network that have all or part of the file(s) referenced in the “Torrent” file. It is again important to note that the actual file(s) referenced in the “Torrent” are actually obtained directly from other peers/clients on the BitTorrent network and not the “Trackers” themselves. Typically, the “Trackers” on the network return information about remote peers/clients that have recently reported they have the same file(s) available for sharing (based on SHA-1 “info hash” value comparison), or parts of the same file(s), referenced in the “Torrent”, to include the remote peers/clients Internet Protocol (IP) addresses.

- For example, a person interested in obtaining child pornographic images or videos on the BitTorrent network can go to a torrent indexing website and conduct a keyword search using a term such as "preteen sex" or “pthc” (pre-teen hardcore). The results of the keyword search are typically returned to the user's computer by displaying them on the torrent indexing website. Based on the results of the keyword search, the user would then select a “Torrent” of interest to them to download to their computer from the website. Typically, the BitTorrent client program will then process the “Torrent” file. Utilizing trackers and other BitTorrent network protocols, peers/clients are located that have recently reported they have the file(s) or parts of the file(s) referenced in the “Torrent” file available for sharing. The file or files are then downloaded directly from the computer(s) sharing the file or files. Typically, once the BitTorrent network client has downloaded part of a file or files, it may immediately begin sharing the part of the file or files it has with other users on the network. The BitTorrent network client program succeeds in reassembling the file(s) from different sources only if it receives “pieces” with the exact SHA-1 hash value of that piece which is described in the “Torrent” file. The downloaded file or files are then stored in an area (folder) previously designated by the user and/or the client program on the user’s computer or designated external storage media. The downloaded file or files, including the torrent file, will remain in that location until moved or deleted by the user.

- Law Enforcement can search the BitTorrent network in order to locate individuals sharing previously identified child exploitation material in the same way a user searches this network. To search the network for these known torrents can quickly identify targets in their jurisdiction. Law Enforcement receives this information from “Trackers” about peers/clients on the BitTorrent network recently reporting that they are involved in sharing digital files of known or suspected child pornography, based on “info hash” SHA-1 hash values of torrents. These torrents being searched for are those that have been previously identified by law enforcement as being associated with such files. There are BitTorrent network client programs which allow for single-source downloads from a computer at a single IP address, meaning that an entire file or files are downloaded only from a computer at a single IP address as opposed to obtaining the file from multiple peers/clients on the BitTorrent network. This procedure allows for the detection and

investigation of those computers involved in sharing digital files of known or suspected child pornography on the BitTorrent network.

- During the query and/or downloading process from a suspect BitTorrent network client, certain information may be exchanged between the investigator's BitTorrent client program and the suspect client program they are querying and/or downloading a file from.  This information includes 1) the suspect client's IP address; 2) a confirmation from the suspect client that they have pieces of the file(s) being requested, in whole or in part, and that the pieces of the file(s) is being reported as shared from the suspect client program; and 3) the BitTorrent network client program and version being utilized by the suspect computer.  The law enforcement has the ability to log this information.

- The investigation of peer-to-peer file sharing networks is a cooperative effort of law enforcement agencies around the country.  Many of these agencies are associated with the Internet Crimes against Children Task Force Program.  P2P investigative methodology has led to the issuance and execution of search warrants around the country resulting in the arrest and conviction of numerous offenders possessing and/or distributing child pornography, some of which were also involved in the sexual exploitation of actual child victims.

A P2P file transfer is assisted by reference to an Internet Protocol (IP) address.  This address, expressed as four numbers separated by decimal points, is unique to a particular Internet connection during an online session.  The IP address provides a unique location making it possible for data to be transferred between computers.

Even though the P2P network links together computers all over the world and users can download files, it is not possible for one user to send or upload a file to another user of the P2P network.  The software is designed only to allow files to be downloaded that have been selected.  One does not have the ability to send files from his/her computer to another user's computer without their permission or knowledge.  Therefore, it is not possible for one user to send or upload child pornography files to another user's computer without his/her active participation.

Your Affiant knows from training and experience, that computers and other devices, which are connected to or previously connected to the Internet, identify each other by an Internet Protocol or IP address.  Your Affiant knows that these IP addresses can assist law enforcement in finding a particular computer on the Internet.  These IP addresses can typically lead the law enforcement officer to a particular Internet service company and that company can typically identify the account and property that uses the IP address to access the Internet.

Your Affiant knows that searching on the peer-to-peer network as described below can result in your Affiant receiving a list of IP addresses identifying locations where a computer has software installed and individual files have been reported as available for trade with a specific digital signature.

Your Affiant knows a records request to an Internet service provider can result in your Affiant receiving a specific address that corresponds with the use of a computer. This address is the most frequent method of locating the actual computer involved in criminal activity.

The returned list of IP addresses can include computers that are likely to be within this jurisdiction. The ability to identify the approximate location of these IP address is provided by IP geographic mapping services, which are publicly available and also used for marketing and fraud detection. At this point in the investigative process, a recent association between a known child pornography file (based upon MD4 root hash comparison or SHA1) and a computer having a specific IP address (likely to be located within a specific region) can be established. Once this association has been established, an investigator can attempt to download the file from the associated user or view the contents of the shared directory.

Depending on the associated user configuration and available peer resources a listing of the files being shared may be displayed. In order to obtain this list of files, a direct connection between the computers must occur. This list can be a partial listing of the shared files. The file list can only be obtained if the associated peer is connected to the network and running a P2P client at that moment.

By receiving either a file list or portions of a download from a specific IP address the investigator can conclude that a computer, likely to be in this jurisdiction, is running a P2P client and possessing, receiving and/or distributing visual depictions of child pornography.

This investigation of P2P file sharing networks is a cooperative effort of law enforcement agencies around the country. Many of these agencies are associated with the Internet Crimes Against Children Task Force Program, Homeland Security Investigations, or the Federal Bureau of Investigation. Many of the officers involved in this effort are using the technology and methods described herein. This methodology has led to the issuance and execution of search warrants around the country resulting in many seizures of child pornography and arrests for possession, distribution and receipt of child pornography.

## CURRENT INVESTIGATION

On December 7, 2014, Special Agent (SA) Owen Pena, New Mexico Attorney General's Office, was conducting an online investigation on the BitTorrent network for offenders sharing child pornography. SA Pena directed his investigative focus to a device at IP address **73.42.115.110 (Port: 6881)**, because it was associated with a torrent with the InfoHash: **49cd35df95b12d8dc8c025293d2ad50c24b8c854**. This torrent file references 35 files, at least one of which was identified as a file of investigative interest to child pornography investigations.

Using a computer running investigative BitTorrent software, SA Pena directly connected to the device at IP address **73.42.115.110**, hereinafter referred to as "Suspect Device." The Suspect Device reported it was using BitTiorrent client software –AZ5400- Vuze 5.4.0.0.

On December 7, 2014, between 2122 hours and 2159 hours MST, SA Pena completed the download of the following 11 files that the device at IP address **73.42.115.110** was making

Possessing and distributing these files does constitute a violation of the Sexual Exploitation of Children federal statue Title 18, United States Code, Section 2252 and all of these files are considered child pornography.

On December 7, 2014, SA Pena was conducting an online investigation on the BitTorrent network for offenders sharing child pornography. SA Pena directed his investigative focus to a device at IP address **73.42.115.110 (Port: 6881)**, because it was associated with a torrent with the InfoHash: **d0963f7e33c27d34aaa0a70df5e5f313c1610cb2**. This torrent file references 78 files, at least one of which was identified as being a file of investigative interest to child pornography investigations.

Using a computer running investigative BitTorrent software, SA Pena directly connected to the device at IP address **73.42.115.110**, hereinafter referred to as "Suspect Device." The Suspect Device reported it was using BitTorrent client software - **AZ5400- Vuze 5.4.0.0**.

On December 7, 2014, between 2141 hours and 2252 hours MST, SA Pena successfully completed the download of the following 1 file(s) that the device at IP address **73.42.115.110** was making available. The device at IP Address **73.42.115.110** was the sole candidate for each download, and as such, each file was downloaded directly from this IP Address.

- **_young preteen boys suck and fuck each other.mpg P6KPK3I7ETYYMB73XPYEHVNF6VDUN6E3**

SA Pena then looked through the file structure of InfoHash: **d0963f7e33c27d34aaa0a70df5e5f313c1610cb2** and observed in the folder titled: "PTHC TIEM" inside this folder was the above listed 1 image/video files. There were some other image files inside this folder and they were incomplete or partial downloads and some of these files could be considered "Child Erotica" and "Child Pornography".

SA Pena reviewed the above listed downloaded image/video file and some are described as follows:

- **_young preteen boys suck and fuck each other.mpg (SHA1: P6KPK3I7ETYYMB73XPYEHVNF6VDUN6E3) (Located Inside Folder: PTHC TIEM)** This color video or movie is 16 minutes and 30 seconds in length. The movie begins showing a naked pre-pubescent boy masturbating on a couch. The camera zooms into the young boy's genital area as he masturbates. This activity continues for 2 minutes at which time another young boy enters the room and begins masturbating the first young boy. At 3 minutes into the video, the second young boy begins to take his off cloths. After disrobing, the second young boy has his genitals exposed which show that he is pre-pubescent. The second young boy begins to masturbate his own penis and then he masturbates the first young boy's penis. At 5 minutes and 15 seconds into the video, the second young boy begins to perform oral sex on the first young boy's penis. At 9 minutes and 55 seconds, the first young boy appears to insert his penis into the anus of the second young boy. The first young boy continues to have sex with the second young boy for most of the remaining time in the

movie. These young boys appear to be between 10 and 12 years of age, due to their body size comparison/development, testicular development, and no pubic development.

Possessing and distributing this file does constitute a violation of the Sexual Exploitation of Children federal statue Title 18, United States Code, Section 2252 and this file is considered child pornography.

On December 15, 2014, SA Pena was conducting an online investigation on the BitTorrent network for offenders sharing child pornography. SA Pena directed his investigative focus to a device at IP address **73.42.115.110 (Port: 6881)**, because it was associated with a torrent with the InfoHash: **[redacted]**. This torrent file references 6 files, at least one of which was identified as being a file of investigative interest to child pornography investigations.

Using a computer running investigative BitTorrent software, SA Pena directly connected to the device at IP address **73.42.115.110**, hereinafter referred to as "Suspect Device". The Suspect Device reported it was using BitTorrent client software **AZ5400- Vuze 5.4.0.0**.

Between December 15, 2014, at 2351 hours MST and Tuesday, December 16, 2014, at 0021 hours MST, SA Pena successfully completed the download of the following 4 file(s) that the device at IP address **73.42.115.110** was making available. The device at IP Address **73.42.115.110** was the sole candidate for each download, and as such, each file was downloaded directly from this IP Address.

- **[redacted]**
- **[redacted]**
- **[redacted]**
- **[redacted]**

SA Pena then looked through the file structure of InfoHash: **[redacted]** and observed that in the folder titled: "**[redacted]**" This is where the above listed 4 "Files of Interest" are located. Some of these files were complete or incomplete and some of these files could be considered "Child Erotica" and "Child Pornography."

SA Pena reviewed the above listed downloaded image/video files and are described as follows:

- **[redacted] (SHA1: [redacted]) (Located Inside Folder: [redacted])** This color video or movie with sound/music is 1 minute and 30 seconds in length. This video depicts a nude pre-pubescent female straddling a nude adult male, who is lying on his back. The young girl and the adult male are in a room that has

an island/sea mural on the wall. The young girl then starts rubbing her vagina against the adult male's penis, in a back and forth motion. The video changes to a different view of the young girl and adult male, with her still rubbing her vagina against his penis. The camera zooms in on the young girl's and adult male's genitals. This young girl appears to be between 9 and 10 years of age, due to her body size comparison/development, no breast, and no pubic development.

- **hot spermed little girls mix (porno-lolitas-preteens-reelki.mpeg (SHA1: TO6JGQMYIC6CU4T2TUXUDEB4XUCHC6WI) (Located Inside Folder: Young Linda and friends)** This color/black & white video or movie with sound/music is 7 minutes and 5 seconds in length. The video depicts many clips of various different naked/partially and fully clothed pre-pubescent girls performing oral sex on adult male's penises. Some of the adult males ejaculate on the young girls. There is also anal and vaginal penetration shown between adult males and young girls. There are also some clips depicting adult male's performing oral sex on young girl's vaginas. There are some clips of young girl's performing oral sex on young boy's penises. The young girls and the young boys in these clips appear to be between 4 and 11 years of age, due to their body size comparison/development, no breast development (girls), no testicular development (boys), and no pubic development (girls & boys).

- **Linda__9_yo_pthc_fullswallow!!!.avi (SHA1: BXAL2E7IP6GDJ246RKVQ3XMRZUNEWXTG) (Located Inside Folder: Young Linda and friends)** This color video or movie is 8 minutes and 53 seconds in length. This video depicts a pre-pubescent female or girl on a bed and nude from the waist down. The young girl is wearing a white top, sunglasses, and her hair is pulled back into a pony tail. The young girl lies on her back and her stomach, while her legs are spread apart towards the camera. The young girl then removes all her clothes until she is completely nude. At 2 minutes and 44 seconds, the young girl performs oral sex on an adult male's penis. The adult male finally ejaculates inside the young girl's mouth, which she shows to the camera. This young girl appears to be between 5 and 7 years of age, due to her body size comparison/development, no breast, and no pubic development.

- **Tara ! new ! (pthc) 2007 tara hot 8yr.wmv (SHA1: FYO5OGGRFSJXFLJSCVS24CKQ3SDBXNQA) (Located Inside Folder: Young Linda and friends)** This color video or movie with music is 3 minutes and 20 seconds in length. This video starts with the title: "Tara's Oral Explosion", against a solid screen. The video then depicts a nude pre-pubescent girl lying on a bed and she then performs oral sex on an adult male's penis. The adult male also performs oral sex on the young girl's vagina. The young girl and the adult male are shown in different positions, with the camera zooming in on the oral sex. The adult male then ejaculates on the young girl's face, head, and hands. The end shows the following text against a solid blue screen: "starring 8 year old Tara all footage shot December 31st 2006 music by Duran Duran". This young girl appears to be between 8 and 9 years of age, due to her body size comparison/development, no breast, and no pubic development.

Possessing and distributing this file does constitute a violation of the Sexual Exploitation of Children federal statue Title 18, United States Code, Section 2252 and this file is considered child pornography.

**JANUARY 2015**

On January 29, 2015, SA Pena was conducting an online investigation on the BitTorrent network for offenders sharing child pornography. SA Pena directed his investigative focus to a device at IP address **73.42.115.110 (Port: 13422)**, because it was associated with a torrent with the InfoHash: **817e0637dd4bdfdb4bc032408da650391d8fd609**. This torrent file references 2809 files, at least one of which was identified as being a file of investigative interest to child pornography investigations.

Using a computer running investigative BitTorrent software, SA Pena directly connected to the device at IP address **73.42.115.110**, hereinafter referred to as "Suspect Device." The Suspect Device reported it was using BitTorrent client software - **AZ5500- Vuze 5.5.0.0**.

On January 29, 2015, between 0337 hours and 0419 hours MST, SA Pena successfully completed the download of the following 444 file(s) that the device at IP address **73.42.115.110** was making available. The device at IP Address **73.42.115.110** was the sole candidate for each download, and each file was downloaded directly from this IP Address.

- **19-002F.JPG** **PF72V7DF5VN6HELUZHY6LHW3LC2O4WWL**
- **janet31.JPG** **PF72V7DF5VN6HELUZHY6LHW3LC2O4WWL**
- **janet48.JPG** **B6Q4OKZKO23ZRDZCVSAK5VS7GU4P2Q2K**
- **janet-009F.JPG** **2CTR2UDWR2YZ3OPVDE2NWLOUG6UKCFNH**
- **janet-012F.JPG** **JNHXLEY4QGASWBM4GRXPQ3TFA776CA5S**
- **janet41.JPG** **JNHXLEY4QGASWBM4GRXPQ3TFA776CA5S**
- **janet2.JPG** **ZLNTDTO5XC77BQHB5A2SS4FEXJU7TWHC**
- **janet-22F.JPG** **FHRRIACIXOPPZVLVDU42DH7MM6JIPO3W**
- **janet37.JPG** **FHRRIACIXOPPZVLVDU42DH7MM6JIPO3W**
- **janetje.JPG** **6T2CJLN53ISRJNFE4FKEEOFKU7WJY5VR**
- **janet15.JPG** **TGSM7UO3KPR3DTOGRXG3TANDFHGNJCXF**
- **janet34.JPG** **V3NAKVY7BU6DCUL4DM3KQUTWPYPH2VDP**
- **janet-005F.JPG** **V3NAKVY7BU6DCUL4DM3KQUTWPYPH2VDP**
- **janet14.JPG** **GBXBIGTZV6YXOFTBVWCKPLHS5PII4E55**
- **janet-008F.JPG** **OTBUQRYKMUBEQFJBZSV4ELFOS5H65672**
- **janet71.JPG** **I2FZQJX4KOS7GV3QEYBC3EVA7OWYYT65**
- **20-003F.JPG** **WWBLTLSWHCUZXK2OBUH2XPVPF2QQFNP6**
- **janet32.JPG** **WWBLTLSWHCUZXK2OBUH2XPVPF2QQFNP6**
- **18-001F(1).JPG** **KK7AQ3NALHMMSCECNFDSFK3JX5ONJPYY**
- **janet30.JPG** **KK7AQ3NALHMMSCECNFDSFK3JX5ONJPYY**
- **janet39.JPG** **KUOMZIRNOCAVWIZNGGQRNXXX3ISQ6S7J**
- **janet-010F.JPG** **KUOMZIRNOCAVWIZNGGQRNXXX3ISQ6S7J**
- **janet10.JPG** **NR2HRKITSSXCAISJHXEJXBTRWXT4GFBO**

- janet-011F.JPG    M4GZ5BX3WYNUUYQ4TIFA6GEYWGQZQUY6
- janet40.JPG       M4GZ5BX3WYNUUYQ4TIFA6GEYWGQZQUY6
- janet5.JPG        GZMDPS5FGPWZSVWEO6OUDGOGPOKRREIY
- janet26.JPG       MJK33DRQP3VCUCU6Q2Q75FGUOGDL2WQG
- janet36.JPG       GXQYGDFFD6QC47CZKCCQX6C33VKBDJ4W
- MVC-007F.JPG      GXQYGDFFD6QC47CZKCCQX6C33VKBDJ4W
- janet28.JPG       B7XBNQMOVZQPVWWN3APSRSB7WYDY2VMV
- janet-014F.JPG    P2DAKOBH5TP2ACYIWWCWI5UYXBFVMOQT
- janet43.JPG       P2DAKOBH5TP2ACYIWWCWI5UYXBFVMOQT
- janet72.JPG       ECG5UYESSS6JCXHEERXRZBLQ645IITVW
- janet12.JPG       ZKF2ZGSYB4MQJI4PU537WQBAGZDCNYFI
- janet25.JPG       RW7ROSPEPSPZD27MGER6SQTKFPHJE43A
- janet35.JPG       B7CMDBDKIXKONHA3DBF5EGREUQXYHSV4
- 22-006F.JPG       B7CMDBDKIXKONHA3DBF5EGREUQXYHSV4
- janet29.JPG       AAFIM2MQQHYG3FWHTH37ROYKVQ77MIZ7
- janet38.JPG       LBSOKRCIOKOWBJBSY5XJIQT3IQ2PQ2YA
- janet-23F.JPG     LBSOKRCIOKOWBJBSY5XJIQT3IQ2PQ2YA
- janet8.JPG        V7TU3OZ74RNUPC6MZVB6X7EXFTDT4FN3
- janet20.JPG       ELFMUWVF7NZWKR6H6DJ3LSWVUR26EHPL
- janet-007F.JPG    RDJSGME4UN4UCCHNJMHJJCQTHHHXZIRL
- janet74.JPG       X3P2GKGEOSLV6QSZCCZZ35VYQPZOUN7L
- 2yo-002s.JPG      XQEG4IY74HGSX2KLUAOWMIUJQHDNWNZI
- janet13.JPG       YEU7LTC6RRG5DW2AIVHLEMSJONH6YBSE
- 2yo-009s.JPG      PV7G2MRMPPHM3ECCPAUP2EGHRR5M6XAW
- janet.JPG         3YTM3WRW24K3CNRW3ZK6YHRLZAYTZCIB
- janet4.JPG        AN6LHW3ZKT665VZN7WTKU7PU6X4EQUBC
- janet33.JPG       CMOFPTNQ2WDSCA65NNQTISI5U4GETP6Z
- 21-004F.JPG       CMOFPTNQ2WDSCA65NNQTISI5U4GETP6Z
- janet23.JPG       3X62MUC3LADCL5UZ6QGALJW6C4T7WN36
- 2yo-010s.JPG      PNECVLGGVUBDLBIEZN62R5KQPVTF63O2
- 2yo-012s.JPG      HQHMJ4XWKXEOS4T534K2RRXHSPKXXMCN
- 2yo-0016.JPG      LUCCCQDORFWWJQT6VHLXZZ47UST46CHO
- janet3.JPG        7UP6JJ5KOCNME7MA3VC5RRKNDQCF5YVM
- janet50.JPG       6GK2K5ILAV5OKB7LWRYRGBZR5IVB6BH3
- janet27.JPG       QBUV2UC7OHP54UR4A2XVO5HMCSIXL244
- janet18.JPG       LKCN7I4IZ3TDTSLLFHEPXECTYUCGIAAZ
- janet17.JPG       P6JRTGZXZPDE7O2WJ5BCZN27ARXQXALU
- janet-006F.JPG    4E6PRYHBREQYIGC5IML2OH33DTA45MAA
- 2yo-008s.JPG      4WLKKZPIVXYIHRWDGRBYUPNPZ366FXIM
- janet22.JPG       JUEVJ43F63K7K3WLOIRLD6ACKN3ISTDB
- janet6.JPG        JBKMJHJKSGS3EUG4VELGU2CDPNSROIIJ
- 2yo-0026.JPG      KUUVYQDVXRL24TIPE3F6V4GMMN3QFV24
- janet21.JPG       NFCEJTQXCWXIMGUW34NDNHYDTH26WIJA
- janet9.JPG        LZDNUPAX46LVNFD5HG5P5GIGMKEDY6SI

- janet59.JPG      HVS3K4RRVPWEE6ZI645M66VS3GDIXMS4
- janet007f.jpg     GQDN66NP47XL6BXPBW2IIHZPJGSJD2Z7
- janet19.JPG      MJF2DM2B7YCFAOOODZX4X3JI5Z4PAZYY
- 2yo-0077.JPG    QZIUBDDERWWDNJF5CQEDAVWLZAOBYU6C
- janet24.JPG      7ULC5JVOYRO5ZETGAKVHKUXLUEUWYKXO
- janet11.JPG      63LYYGK5ZBGZBHLWRUAIGWKNDXM4E44M
- 2yo-0079.JPG    J5ZGPTL5CXB7YVMLVM2RZITJLX7VLK4B
- 2yo-0058.JPG    TXHABLUK52AD6BZLELYBCGZLYXK5RX3U
- janet73.JPG      SCQ224YFTHJQJXYVV6ENX4EUPZHTLXLU
- preteen2yo-005s.JPG  WSQBWTNSM52K2AETPGW224MNI36BOFCB
- 2yo-0078.JPG    HZVIMIBMMDX3DXMQJAPIB3GMG6WAHPMQ
- 045.JPG         H7UYLLTY2MT7QNCAPM35LNKDKX2YR4GJ
- 2yojay4.JPG     LY4O22XJ4K5Y5FF37ZDIQHCI5JN4EDRZ
- 2yojay1.JPG     YXYYDMI6KB6XFVJ6BCAOA6BFUMKUAJWS
- 2yo006s.JPG     3Q4CS3RFIMLO56S57N7FUCFNHSF6CUPK
- preteen2yo-0056.JPG  ACKMNEZXCX3Z5VBV2JULIR4JFH7JBLSL
- janet7.JPG       QMOO6SDTDB2UMVG4QTH6VVU2RAK6IUHS
- 2yo-003s.JPG    UJQU5VP3AEOEFTPIBVTHFSWM37BR4VCV
- 2yojay2.JPG     UOA6ZYDBL7YBI64NS64YHSDZNIUCYIHS
- 2yojay3.JPG     3NM47BNWUZBLU6CS56CFTOR23WV56S6J
- 2yo004s.JPG     ARDNPIZWOTLNIIKFS5MM26HJRU2TF6XO
- 1178652936186.jpg  M4WNIVBETQBU4BEGV2XBIFCGRPTW5SWJ
- 1181624163546.jpg  LT6RDVMSQANPYPTKUHKEUM3KXRK57CKE
- 1182716244485.jpg  3BB5253EJWBLJFT7DYIFTV57EQOAAPKO
- 1182715480759.jpg  HVXXXTSRVZYYYP5F4UIUVDZMHGUZPWKW
- 75215_1172859535.jpg  HVXXXTSRVZYYYP5F4UIUVDZMHGUZPWKW
- 75215_11728595351.jpg  HVXXXTSRVZYYYP5F4UIUVDZMHGUZPWKW
- 1181623453482.jpg  DNPJPT4M3LIP47HUBSMBRR4YFLUVKNEH
- 1182716287627.jpg  23WW6WRMNP4MTPMABDXSYHE5MCYLGHRB
- 1182474794796.jpg  KPPFJAMP5X6BGEAZDXQEM5VPMXNPSXUN
- 1176927083733.jpg  4ZPR3IVQQQDVWPMMIEOZ6VWIWOZQYK3V
- 1180323186082.jpg  PMZQMRSYWLAMKSGJSBIZGDVEGDYA3MEV
- pikl_23.jpg       OEDTURRDTFMIVGJQTGZXS7LVMZ3MKGIK
- 1179530991446.jpg  J3AK7SMXQY3F532MEZH4M4K4T4VZ7FRF
- 1177796143510.jpg  PNX7CKG2YJ5DX4CC46NA6BH2QWTTQFLE
- 1179531519378.jpg  L46MJMGNK5W5CAJMUKG7WV4FUEKIJF2B
- 1180473404805.jpg  B6IPDJJ3W5SEND77XOF627BXCJNBDJV6
- 1182377874001.jpg  Y3I5HDVWA5Z5SNDKMS4MKJ747UAWOIMX
- 1179531601465.jpg  2HSQMHXNIWGSMUJYZNKE7BHWWIMGZK2O
- 1182379237225.jpg  QD3Y7RTXUFTR2KZT6G73DT4GAXIDTCMZ
- 1180843114309.jpg  UYUVYEARDX7WCYOFIQVAPAQNYO2PJKIW
- 1180323057215.jpg  YFGVN6LVPAX4KSAOH3OYOYZ4FIFZF7OS
- 1177799752568.jpg  CWG7WI424CIV4G635MFJE3SOZ6BVRLPR
- 1182379211335.jpg  IATOJXQZNDAOLOHYPQ2UIYUHD2NP2JGB

- 1179531338853.jpg ZRD3GYB2FE2ZNFY36HOEX33L7DG4U5M6
- 1179816883917.jpg I23TYFCQADJNZSUB6C7PYDESRROHOMLB
- 1182056069803.jpg EAV4EIOJPERDZSFPDQ6SGOGU7RYFAIYG
- 1179531147334.jpg QUFVN3GJNDHHDP4DSLNYKZPEIJZU33XU
- 1179531756780.jpg S5L3XJI545LXVWAWD4FNQF6IAATPYV2K
- 1179532683689.jpg 7TYIDYAUBHJNT3XE46ZTRTB2FAKJ4D4K
- 1173746500148.jpg 65RJU5UFFDBL77SN7YYLSUHXNIZP4GPH
- 1179531412008.jpg 7BJX3WUPTUTZWQZ7VF2W33WCH7N4B4CA
- 1180474395525.jpg A7S34OQWC5A6V3HYTUMSLE3V7YYMLVTW
- 1179378595058.jpg MO5UJHKN4PJ4JRZKPWSGYPIQMZMJRYS2
- 1181316653886.jpg ANPXVU7SQK6YRUKPKJEFYQG4VCLALWY2
- 1139250782945.jpg PCDHBZL4YX4S2V43IL6PLSSK6QZUZAYI
- 1177796359152.jpg DHV4GQF6BJSKBPRDFUW5WLCVLXVRTXAN
- 1177799915969.jpg I2ND5RLOQ3CRXWVVU2QNX4YQSQVPWYAA
- 1179530928954.jpg WFCV36JBTABIDUEEQE5O2P6DPPEKVQMM
- 1180474676841.jpg GGLMMRM4Y6S6RNTFOTYGMOVT52C5XKXD
- 1179003836610.jpg GGLMMRM4Y6S6RNTFOTYGMOVT52C5XKXD
- 1180158826994.jpg NTISRMOLDASRR22QPPWULZCQLGXACRZS
- 1181374065699.jpg QRRNRT3LOUNF2KLCQTXWUTWWNVT4RXXM
- 1182058319280.jpg DLFBEHJOKCZQEWQSIPDRA5UBGZBRGSW4
- 1179986555846.jpg KDETR3R4XEA6ARZT4ABZDINGJTELSKGY
- 1179898959247.jpg L2VCO4BOJNRQGDEUE7M7M2I3VJNRC7FE
- 1181626370834.jpg FWLPQWFVYXBN64ONHUEKAZE52CJSTN3K
- 1180316905542.jpg ANX2EJAFJTUX3DDBTJQK7NCG3Q2IOK7Y
- 1179638117633.jpg 2BSUM3LVZXQS6FCSSCHRVLOJXCDTNNUK
- 1180838978928.jpg 67MYV3K5ZHEU5DFIY2OFUVK7RU6ZNTKF
- 102-0274_IMG.JPG K2EC4PHYBKZ5LBNU44XIZZUWN5OB64FO
- 1180385592716.jpg OCZBZCQGHIVPF33JTWPLL3KZHLATK2EC
- 1180838758758.jpg UQVPFOVBAUKDOOGS2XALXL2NZZGJA3V2
- 1179950681549.jpg J2SR22AHWVHZU6S4BF7FVCWZGPWF63J5
- 1179646450409.jpg 3NZOTM3MZBALOXT6YJKMXOQNYGXI2ZFS
- 1178763572179.jpg IB5QFZHBYOWJTSSNBKEOBQTS46EE5PQM
- 1180836637646.jpg VHZVHUFAEYAJ256O2IGL4WUZRA7PL34I
- 1180316676115.jpg CKVWTT4TZ6XJGYJL4UNLMQYHFD5SRYK4
- 1180321937679.jpg RAFFUXKCKETNZULH4TZK4M775MLLN4XH
- 1180836426044.jpg 7F7K6EW44L2XGG3D6ZW5U4AJDKAFIXOH
- 1177797490240.jpg JCLTGTKITNQZ5VHTX6KFKZVMVADN4E6B
- 1180837260511.jpg 2K7SWQFHJBM6NC2WE5A3Y73DLOSNOD2G
- betty_clittie.jpg 6JA7B34DB6GXETDEKPV6JEEF64YCVMM7
- DCP00387.jpg OMPH7AHUGYBJIM3J2GSQYWQHEZWCN2LR
- 1180807306199.jpg 6GK2K5ILAV5OKB7LWRYRGBZR5IVB6BH3
- bottlefux.jpg YS5LBUFVAIUCSHVXSVJEX3ZNWLKX4QA2
- 1182681726423.jpg WY6L7EZQTC7AVNCJXJ43JDUUKPUYKN4M
- assi92024765382lg.jpg IY4QZZRVD3QJFZQIVBCZSMCUWZDRW4V6

- img2004032208413023897590lg.jpg XWTVDDNCNTW2MYOMRB7PZNIZ55NYX2IZ
- 20050601101310r.jpg G2NQBDTFSR6ARM444MYMY7MCF7M4FQQN
- 1180473000042.jpg BYXQ6MMXER2ESUUNKNVFVESRMPHWZR23
- img2004032206425423881818lg.jpg PTVE3OFGDIUK4GI3OREIPFHMY2FMG7QE
- 252810334VlSQKJ_ph.jpg CXFCH4VSCFKD2XP3O6HX55NKYQXQIWUD
- 19877475lg.jpg EHHRX3TIVEZ5LCFJ3F2BNMXLU6B7UN32
- e6a697024335997lg.jpg 2MEKJHNSLIVTYZT6KQLDZU5O4ELYLMJ7
- 1182689699467.jpg 66O22ZDNRBTYD3JWBLHGBBFBK3QJD5JN
- bb-17.jpg B6XMNEUJPDI64FZD4MWN4GBGKH5IQWQU
- bb15.jpg XEMPB5B62PZDYCCXV64QGIOJWPPC37OY
- 9year_startsWetting[1].jpg FCVXTH5SZM7OI5CKMXB35UF3QFFZS4XL
- img20050609041422.jpg ZHR6OLLAOQQAOMAYCTOVF2ST6MMYO7N2
- bb-19.jpg 3W6Y7AWWPPDQ6V6M2PWNJTUH4GOIA27N
- 622195125lg.jpg 3WCVKT44LPAAO2LRIW2HBL6TK3WGON2C
- user_upload_20050415_101615.jpg76IPJT3ZQJVCKI6TR6LM3G4XJ75FUPNE
- 4222195166lg.jpg25RRICFICAH32XWBPN6LWAZSDWFOAU52
- DSC04012.jpg 26XNE3O4B6VBGHWVNUV6JWXYCISBFBOT
- 1180841183683.jpg OSHIOJVC5FCSNFVEY5PFAH4HNBEMZI6Q
- 722195126lg.jpg EHD57CF5YQLFHCK6W62NBW2BBTTRK3CZ
- katy6.jpg XNUSC4KQROXLZI4MSR5SGD6TJBGEM37R
- 20050601060029r.jpg SPJ7M3ZWLLR7DIOMZPHLIUYCNC2QQ3PR
- 661.jpg 7W7USUCI4MPYU7QHVV7WOSKGJK654DGL
- Pedo Baby 03 - 2yo Photos 21.jpeg XXUQBK6NOXRHC5PMOBUW2TME2YAUCCNE
- 1181434517619.jpg YT333B2X3LYK76F5UR3XMCX7BUK6SU2R
- img2003011602195717268826lg.jpg 7EWO4LKSR76O6TFPJQNPOFOOIXG4HURC
- e1422195462lg.jpg TLGQGIQYGGW2M4CEGE25ZREAT6OYLJEM
- img2004032207571723881856lg.jpg VMXKLTOQZNUYYXON33PHCFXJB2IZTPYG
- katy5b.jpg HSCLDISA7TRRRDLCUBSRVXAQAKC4QDDE
- dcp_0218.jpg 4PWRQGH7XUQRVDPVM5UJLLT2W63MWY3U
- goldi__2.jpg OGPHP4S3FA5BDGHR32J2UX2CHIXRCQOT
- 1178764457760.jpg NTVIRSTGA3D7Z6CPZGY2G2P7DDAZ5UOC
- 98921.jpg INQUOUXYWVLWUZ244QSGYFY2WFZQKTY3
- SpringBreak 088 (Custom).jpg R3T3JGHQ7TBT3YEKBJRBTJWQQCGCG52C
- Pedo Baby 03 - 2yo Photos 64.jpg FU4Z7WZWEUNXROQVVUQBQZ66MDTBSHAK
- h822195576lg.jpgATV4RZSEJHFNSPDZMSZB5DSM55PCHMEK
- bb.html.jpg JLBNXTRGHEVNCK2EEUYM4K6B3L3BINWQ
- dcp_0219.jpg J2I4KQEDN4LD67CRPUTGVT2H3DZCJNEP
- illusive pthc (151).jpg JBHPQMOAZRO45B7KSAON6S27U7OFLGW2

- 1180843396216.jpg RVRHPJ53P3FU3P5QGONQ6BHYXY7MZACZ
- 1182689720502.jpg EIGKJ6RSXA57DNAZTMHNDL6OM4XVNBP5
- img20040322080027238818581g.jpg EIREIWFUSGBR7N3QA73XIRXN7O727DSU
- 1182681844369.jpg 7MTB7FM5J2P3HJYLI2AC5QLLHHVZZWBA
- katy4.jpg KIPZZUWAISFOXSASMTSO7BLKDWT5BCKX
- img2003011602372317268827lg.jpg RYYU6TRCYSZIQLZC3XFXDEM53UG7ZKZK
- 1181337528984.jpg DVKJSAMU3OWFGB5B36RFV5A7AGV2IXN3
- A745 am boden wickeln.JPG NOQLZZHYVXEFT6CN2MWAA2ESHBNDZRSK
- bb13.jpg YTUCSM5Y27IAC2JGJSO6UKA25T4RBG2J
- Pedo Baby 03 - 2yo Photos 63.jpg XUKO2OC5MJVESWRV72C5T5PEKJVUNV43
- 1180488024687.jpg 2N5OX53C45BPQ6BLR4BI4GQSXWMNRPEQ
- 922195128lg.jpg HQ5V7VRVVJSOSR3VUHM3CPBGPPJM5WKD
- alana-xxx-04.jpg HOXHYEWYSDNFNOU7L2KFCPJAJMLWEZF6
- e6a697724336026lg.jpg YHSAES2RSWA5WHDWCKM7YHPCX5SKGUAW
- img20050609035952.jpg JFKBZTN2NEBUY2BDZLYVQD6WCZM6P5TU
- katy7.jpg YSO5I5CITT3CLQ34SSHLBRFAFNHXLAKK
- AirportChange4.jpg 4RKDJ2RDLJNUA7D6YYWGBOYYULHMLDFL
- Pedo Baby 03 - 2yo Photos 07.JPG SKZPVCBF4OZT3MCJHMZO4XWAEWCVCD53
- 72352_1117657607.jpg SEM4R6ROBOOLHCWWJOHMOZ3VLRFVENET
- baby pic (1327).jpg ZBF2U324XTKD2MXUGXO7P6E2R3AKZHH4
- Pedo Baby 03 - 2yo Photos 03.jpeg EXJI5QPNMN6YI3LUVJKEPHFWRTUAXEZ7
- __hr_95.jpg YTBK2Y3V5BHP5T26VPTBJIHB2NN6BPKC
- carol_ontop.jpg IRNI6SM3NQODIMQEEW4CH3RPXHFNAH7U
- __hr_45.jpg SSW53HDPMAQ2YHW2VKTFWTRKGZYNHXFL
- img2004032208183823897548lg.jpg MO7TQPI2P5WTG74E2RLYODDD3UTRT2BB
- 254.jpg ZW6T7YJJZZHRHLOSBC4VU5CDDMNAKFZ6
- __HR_57.JPG XWTXK4A5MIZHNR2ONZ6YODH2MCIWAMZT
- Pinkeln.jpg U7KCZOEFFCEH4RMB7RHXDLS67S2ZM4R2
- SpringBreak 086 (Custom).jpg T5OFBW3WHBIGTTK4VPU3BH52VE6IJ7UY
- SchoolPotty2.JPG AUIVZX3QTU5CP2WTM3FOS7EC4YP7JZJR
- 1182716773803.jpg RPMPN66M37WV4PJEPK6ZMNFKBQLKDZUR
- Pedo Baby 03 - 2yo Photos 62.jpg YM7HPYHYEFMHUVNTU3XB562JZTHWGJOF
- 1180322202619.jpg B3R6M56WPORKQPNNN4UBNC7QWPAALSFZ
- Pedo Baby 03 - 2yo Photos 28.jpg 4C5XQTMHKI57S2DQCBHI5AQTA2VMCW6B
- katy5a.jpg QN2Q7CBWKLJKMCZEAYVUBFRDOAS7O3GY
- img20050606003136.jpg QN2Q7CBWKLJKMCZEAYVUBFRDOAS7O3GY
- SpringBreak 085 (Custom).jpg XATKYESFOXXV3BBX3FLXG4R4FL4YVJL7
- 1180156714415.jpg 3TI6JV75MFK65Z4CBBWCTGRJ57OS3XVC